UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO.:** _____ **(PCD)**

## ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically.  Counsel must

comply with the following requirements:

1.      Counsel must comply with all applicable Federal Rules of Civil Procedure,

the District's Local Rules,  the requirements set forth in the District's CM/ECF Policies

and Procedures Manual, and any other rules and administrative procedures which

implement the District's CM/ECF system.

2.      Unless otherwise ordered, on the business day next following the day on

which a document is filed electronically, counsel must provide Chambers with one

paper copy of the following e-filed documents:

**All pleadings (including briefs and exhibits) relating to the following:**

a.      Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.      Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment);
c.      Requested jury instructions;
d.      Compliance with Pretrial Orders
e.      Trial briefs, including proposed findings of fact and conclusions of law; and
f.      **Any other motion, request or application which, taking it together with all related filings (e.g., memo in support, affidavits) are in excess of 20 pages.**

**SO ORDERED.**
_____     /s/ Peter C. Dorsey_____
                                          Peter C. Dorsey
                                          Senior United States District Judge
rev.9/1/05

1