# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Michael C. Skakel

v.

Peter J. Murphy

**APPEARANCE**

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Michael C. Skakel

11/5/07
**Date**

4863
**Connecticut Federal Bar Number**

860-249-6548
**Telephone Number**

860-724-5533
**Fax Number**

hseeley@santos-seeley.net
**E-mail address**

*[Signature: Hope C. Seeley]*
**Signature**

Hope C. Seeley
**Print Clearly or Type Name**

Santos & Seeley, P.C., 51 Russ St.
**Address**

Hartford, CT 06106

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Peter J. Murphy
Warden
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06078

*[Signature: Hope C. Seeley]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001