# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL C. SKAKEL, | : | NO. 3:07 CV 01625 (PCD) |
|    Petitioner | : | |
| | : | |
| V. | : | |
| | : | |
| PETER J. MURPHY, | : | |
|    Respondent | : | NOVEMBER 6, 2007 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Complaint and this Certificate of Service were served upon the Respondent, Peter J. Murphy, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut, 06078 via state marshal this 6th day of November, 2007.

 

THE PETITIONER,
MICHAEL C. SKAKEL

By   /s/
HUBERT J. SANTOS
Fed. Bar No. 00069
HOPE C. SEELEY
Fed. Bar No. 04863
SANDRA L. SNADEN
Fed. Bar No. 18586
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT  06106
Tel. (860) 249-6548
Fax (860) 724-5533