# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL C. SKAKEL, : | |
|     Petitioner, : | |
| : | |
|     -vs- : | Civil No. 3:07cv1625 (PCD) |
| : | |
| PETER J. MURPHY : | |
|     Respondent. : | |

## ORDER TO SHOW CAUSE

Respondent shall file an appearance and submit a response to Petitioner's Application for Writ of Habeas Corpus on or before November 30, 2007, showing cause why the relief prayed for in the Application should not be granted. If Respondent fails to file a response on or before November 30, 2007, the Application may be granted absent opposition.

SO ORDERED.

Dated at New Haven, Connecticut, November 8 , 2007.

/s/_____
Peter C. Dorsey, United States District Judge