UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL C. SKAKEL,  :  CIVIL NO. 3:07CV01625(PCD)
Petitioner

v.  :

PETER J. MURPHY,  :  NOVEMBER 8, 2007
Respondent

**APPEARANCE**

Please enter the appearance of:

    MICHAEL E. O'HARE
    Supervisory Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    Tel. (860) 258-5887
    Fax. (860) 258-5968
    Federal Bar No. ct 05318

for the respondent.

    /s/ Michael E. O'Hare
    MICHAEL E. O'HARE
    Supervisory Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed on the 8th day of November, 2007 to:

**Hope C. Seeley**
**Hubert J. Santos**
**Sandra L. Snaden**
Santos & Seeley
51 Russ Street
Hartford, CT 06106
(860) 249-6548

*Michael E. O'Hare*
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney