## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL C. SKAKEL** | | |
|     Petitioner, | : | **CASE NO. 3:07CV01625(PCD)** |
| v. | : | |
| **PETER J. MURPHY,** | | |
|     Respondent. | : | **NOVEMBER 26, 2007** |

### APPEARANCE

Please enter the appearance of:

> Susann E. Gill
> Senior Assistant State's Attorney
> Post Conviction Unit
> State's Attorney's Office
> Fairfield Judicial District
> 1061 Main Street
> Bridgeport, Connecticut 06604
> (203) 579-6506
> FAX NO: (203) 382-8401
> E-mail: susann.gill@po.state.ct.us
> Federal Bar No. ct 401850

for the respondent.

_____
SUSANN E. GILL
Senior Assistant State's Attorney

### CERTIFICATION

     I hereby certify that a copy of this document was mailed, postage prepaid, first class mail, to: Attorney Hope Seeley, Attorney Hubert Santos and Attorney Sandra Snaden, Santos & Seeley, 51 Russ Street, Hartford, Connecticut 06106 and Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067, on this 26th day of November, 2007.

_____
SUSANN E. GILL
Senior Assistant State's Attorney