## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICHAEL C. SKAKEL                          :
    Petitioner,                            :          Case No. 3:07 CV 1625 (PCD)

        v.                                 :

PETER J. MURPHY,                           :          NOVEMBER 29, 2007
    Respondent.                            :

## MOTION FOR EXTENSION OF TIME TO
## COMPLY WITH ORDER TO SHOW CAUSE

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby requests an extension of time or twenty-one days, or until **December 21, 2007,** to file his response to the petitioner's petition for a writ of habeas corpus. This is the respondent's first request for an extension of time with respect to this court's order to respond to the petitioner's habeas corpus petition. Attorney Hope C. Seeley, the petitioner's counsel, has no objection to the respondent's request.

The grounds for this motion are as follows:

1.      After trial by jury in the Superior Court for the Judicial District of Fairfield, the petitioner was convicted murder, in violation of General Statutes § 53a-54a. On August 29, 2002, the trial court, *Kavanewsky, J.*, sentenced the petitioner to imprisonment for a term of twenty years to life. The petitioner appealed to the Connecticut Supreme Court, which affirmed his conviction on January 24, 2006. State v. Skakel, 276 Conn. 633, 888 A.2d 985 (2006). The petitioner filed a petition for certification to the United States Supreme Court which was denied on November 13, 2006. Skakel v. Connecticut, __ U.S. __,127 S.Ct. 578, 166 L.Ed.2d 428 (2006).

2.	On August 25, 2005, the petitioner filed a petition for a new trial pursuant to General Statutes § 52-270 in the Superior Court for the Judicial District of Fairfield.  The trial court, *Karazin, J.*, denied the petitioner's petition for a new trial on October 25, 2007.  Skakel v. State, CV05-0006524-S, Judicial District of Fairfield.

3.	The petitioner filed his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 5, 2007.  On November 8, 2007, this court issued an order to show cause which directed the respondent to file a response by November 30, 2007.

4.	On November 26, 2007, the undersigned counsel for the respondent filed a brief on behalf of the respondent-appellee in Bernale Bryant v. Commissioner of Correction, Supreme Court No. 17896, an case pending in the Connecticut Supreme Court.  The petitioner is currently engaged in preparing the respondent's brief in opposition to the petition for a writ of habeas corpus in Chasity West v. Lori Ricks, Case No. 3:06 CV 1112 (CFD).  The petitioner in West was convicted of capital felony in connection with the murder of an eight-year-old child and is currently serving a sentence of imprisonment for life without the possibility of release.  The undersigned counsel anticipates that he will be able to complete his brief in opposition in West v. Ricks by December 1, 2007.

5.	The undersigned counsel for the respondent will be able to begin work on his response to the habeas corpus petition in this case after filing his brief in opposition in West.  The undersigned counsel believes that it will take approximately three weeks to review the petitioner's claims and prepare an answer to his habeas corpus petition.

6.	On November 29, 2007, the undersigned counsel contacted Attorney Hope C. Seeley, counsel for the petitioner, and informed her that the respondent was seeking an extension of time.  Attorney Seeley indicated that she did not object to the request.

WHEREFORE, the respondent hereby moves this court for an extension of time of twenty-one days, or until **December 21, 2007**, to file his response to the petitioner's application for a writ of habeas corpus.

Respectfully submitted,

PETER J. MURPHY
WARDEN, MacDOUGALL-WALKER
     CORRECTIONAL INSTITUTION
DEPARTMENT OF CORRECTION
STATE OF CONNECTICUT

RESPONDENT

By:   /s/ Michael E. O'Hare
    MICHAEL E. O'HARE
    Supervisory Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    Tel. No. (860) 258-5887
    Fax No. (860) 258-5968
    Federal Bar No. ct 05318

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, first class postage prepaid, to Attorney Hope C. Seeley, Attorney Hubert J. Santos, and Attorney Sandra L. Snaden, Santos & Seeley P.C., 51 Russ Street, Hartford, Connecticut 06106, on November 29, 2007.

    /s/ Michael E. O'Hare
    MICHAEL E. O'HARE
    Supervisory Assistant State's Attorney