**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL C. SKAKEL | : | CASE NO. 3:07 CV 1625 (PCD) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER J. MURPHY, | : | |
| Respondent. | : | OCTOBER 27, 2008 |

### PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), the Petitioner, Michael C. Skakel, hereby moves the Court to grant his Motion for Summary Judgment, as there exists no genuine material fact concerning the matters alleged in the Petition For Writ Of Habeas Corpus. In support of his motion, the Petitioner submits a memorandum of law in support of their motion and individual statements pursuant to Local Rule 56(a) stating that there are no genuine issues as to any material facts and that the Petitioner is entitled to judgment as a matter of law.

WHEREFORE, the Petitioner respectfully requests that the Court grant his Motion for Summary Judgment.

**THE PETITIONER,
MICHAEL C. SKAKEL**

BY     /s/_____
           HUBERT J. SANTOS
           Federal Bar No. ct00069
           Email: hsantos@santos-seeley.net
           HOPE C. SEELEY
           Federal Bar No. ct 4863
           Email: hseeley@santos-seeley.net
           SANDRA SNADEN KUWAYE
           Federal Bar No. ct18586
           Email: ssnaden@santos-seeley.net
           SANTOS & SEELEY, P.C.
           51 Russ Street
           Hartford, CT 06106
           Tel: (860) 249-6548
           Fax:(860) 724-5533

## **CERTIFICATION**

      I hereby certify that on October 27, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
E-mail: michael.ohare@po.state.ct.us
Federal Bar No. ct 05318

                                            /s/
                                          HOPE C. SEELEY