**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL C. SKAKEL | : | CASE NO. 3:07 CV 1625 (PCD) |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER J. MURPHY, | : | |
|     Respondent. | : | OCTOBER 27, 2008 |

## MOTION FOR PERMISSION TO FILE OVERSIZED BRIEF

Pursuant to Rule 7(a)(2) of the Local Rules of Civil Procedure, the Petitioner, Michael Skakel, respectfully requests permission to file a Memorandum Of Law In Support Of Motion for Summary Judgment that is longer than forty (40) pages in length.

Mr. Skakel's memorandum is 128 pages in length. The extra pages are necessary for the following reasons. This was a murder case that originated in the Superior Court for the State of Connecticut and was appealed to the Connecticut Supreme Court. A Petition For Certiorari was also filed with the United States Supreme Court. The factual background and procedural history of the case is lengthy. The Petitioner has raised in his memorandum five complex issues of constitutional magnitude which require additional pages for full and complete discussion.

Counsel for the Respondent, Michael O'Hare, has been contacted and has no objection to this motion.

Wherefore, for the foregoing reasons, Mr. Skakel respectfully requests that the Court permit him to file a Memorandum Of Law In Support Of Motion for Summary Judgment that exceeds the forty (40) page limit.

**THE PETITIONER,**
**MICHAEL C. SKAKEL**

BY /s/_____
HUBERT J. SANTOS
Federal Bar No. ct00069
Email: hsantos@santos-seeley.net
HOPE C. SEELEY
Federal Bar No. ct 4863
Email: hseeley@santos-seeley.net
SANDRA SNADEN KUWAYE
Federal Bar No. ct18586
Email: ssnaden@santos-seeley.net
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

## **CERTIFICATION**

      I hereby certify that on October 27, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
E-mail: michael.ohare@po.state.ct.us
Federal Bar No. ct 05318

                                    /s/_____
                                    HOPE C. SEELEY