**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL C. SKAKEL | : | CASE NO. 3:07 CV 1625 (PCD) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER J. MURPHY, | : | |
| Respondent. | : | JANUARY 8, 2009 |

**PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION FOR A WRIT OF HABEAS CORPUS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Petitioner, Michael C. Skakel, hereby moves for leave to amend his Petition For A Writ Of Habeas Corpus in accordance with the Proposed Amended Petition attached hereto. The amendment is necessary in order to add certain unexhausted claims that should be heard and considered along with the claims that are currently pending in order to promote judicial economy. In support hereof, the Petitioner has filed a Memorandum of Law.

**THE PETITIONER,
MICHAEL C. SKAKEL**

BY   /s/_____
HUBERT J. SANTOS
Federal Bar No. ct00069
Email: hsantos@santos-seeley.net
HOPE C. SEELEY
Federal Bar No. ct 4863
Email: hseeley@santos-seeley.net
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

## CERTIFICATION

      I hereby certify that on January 8, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
E-mail: michael.ohare@po.state.ct.us
Federal Bar No. ct 05318

                                                                 /s/_____
                                                                 HOPE C. SEELEY