# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL C. SKAKEL | : | CASE NO. 3:07 CV 1625 (PCD) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER J. MURPHY, | : | |
| Respondent. | : | JANUARY 8, 2009 |

## PETITIONER'S MOTION FOR STAY AND ABEYANCE

Pursuant to the stay and abeyance rule set forth by the United States Supreme Court in <u>Rhines v. Weber</u>, 544 U.S. 269, 277 (2005), the Petitioner, Michael C. Skakel, hereby moves for a stay and abeyance of his Amended Petition For A Writ Of Habeas Corpus in order to permit the Petitioner time to exhaust the unexhausted claims that are set forth in his Amended Petition. In support hereof, the Petitioner has filed a Memorandum of Law.

**THE PETITIONER,
MICHAEL C. SKAKEL**

BY    /s/_____
HUBERT J. SANTOS
Federal Bar No. ct00069
Email: hsantos@santos-seeley.net
HOPE C. SEELEY
Federal Bar No. ct 4863
Email: hseeley@santos-seeley.net
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

**CERTIFICATION**

      I hereby certify that on January 8, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
E-mail: michael.ohare@po.state.ct.us
Federal Bar No. ct 05318

                                                  /s/_____
                                                  HOPE C. SEELEY