## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL C. SKAKEL, | : | |
| Petitioner, | : | Case No. 3:07 CV 1625 (PCD) |
| | : | |
| v. | : | |
| | : | |
| PETER J. MURPHY, | : | JANUARY 15, 2009 |
| Respondent. | : | |

## NOTICE OF MANUAL FILING

Please take notice that the respondent has manually filed the following documents:

Appendices T and U to respondent's "Motion for Summary Judgment," "Memorandum in Support of Motion for Summary Judgment," "Local Rule 56(a)1 Statement," and "Objection to Petitioner's Motion for Summary Judgment and Reply to Petitioner's Memorandum in Support Thereof"

These documents have not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                Respectfully submitted,

                WARDEN PETER J. MURPHY
                MacDOUGALL-WALKER CORRECTIONAL
                  INSTITUTION

                RESPONDENT

By:    /s/   Michael E. O'Hare
     MICHAEL E. O'HARE
     Supervisory Assistant State's Attorney
     Office of the Chief State's Attorney
     300 Corporate Place
     Rocky Hill, Connecticut 06067-1829
     Tel. No. (860) 258-5887
     Fax No. (860) 258-5968
     Federal Bar No. ct 05318

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, first class postage prepaid, to counsel for the petitioner: Attorney Hope C. Seeley, Attorney Hubert J. Santos and Attorney Sandra L. Snaden, Santos and Seeley, P.C., 51 Russ Street, Hartford, Connecticut, 06106, Tel. No. (860) 249-6548, Fax No. (860) 724-5533, on January 15, 2009.

      /s/   Michael E. O'Hare
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney